# EXHIBIT A

Justine Moore
1707 Elizabeth Street
Scranton, PA 18504

           Plaintiff

v.

TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 66219

           Defendant

MAURI B. KELLY
LACKAWANNA COUNTY,

2021 MAR -5 A 8:16

Court of Common Pleas of Lackawanna
County – Civil Action

Case No. 21-CV-1500

Jury Trial Demanded

## NOTICE

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claim set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED RATE OR NO FEE.

           Northeastern Pennsylvania Legal Services
           33 North Main Street, Suite 200
           Pittston, PA 18640
           Telephone (570) 299-4100

| | | |
|---|---|---|
| Justine Moore, | Plaintiff | Court of Common Pleas of Lackawanna County – Civil Action |
| v. | | Case No. ____-CV-_____ |
| TrueAccord Corp., | Defendant | Jury Trial Demanded |

## COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3. Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Justine Moore, is a natural person residing at 1707 Elizabeth Street, Scranton, PA 18504.

5. Defendant, TrueAccord Corp., ("TrueAccord") is a corporation with a place of business located at 16011 College Blvd., Suite 130, Lenexa, KS 66219.

6. TrueAccord uses the telephone in its business.

7. The principal purpose of TrueAccord's business is the collection of debts.

8. TrueAccord has reason to believe that a non-trivial portion of the accounts that it collects are for obligations for which the money, property, insurance or services which were the subjects of the transactions were primarily for personal, family, or household purposes.

9. TrueAccord has reason to believe that it is probably true that the principal purpose of its business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. The principal purpose of TrueAccord's business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5).

11. TrueAccord regularly attempts to collect debts asserted to be due to another. The term "debt" is used in this allegation as that term is defined by 15 U.S.C. § 1692a(5).

12. TrueAccord's website says, *inter alia*: "Debt collection is a financial service, and it needs to cater to consumers. We created TrueAccord to change the mindset around collections into that of recovery and reconciliation." https://www.trueaccord.com/about-us. *Last visited on* March 24, 2021.

### IV. Statement of Claim

13. Within the past year TrueAccord was attempting to collect an alleged account ("the Account") from Plaintiff.

14. The Account is a "debt" as that term is defined by the Act, 15 U.S.C.

§ 1692a(5).

15. While attempting to collect the Account, TrueAccord was acting as a "debt collector" defined by the Act, 15 U.S.C. § 1692a(6).

16. TrueAccord regularly uses the telephone to attempt to collect consumer debts alleged to be due another.

17. On February 18, 2021, TrueAccord caused at least one text message ("the Message") to be sent to Plaintiff's fiancé's cell phone, which ends in 0741.

18. This cell phone number has not been assigned to Plaintiff at any time.

19. Plaintiff has not provided this cell phone number to any creditor or debt collector.

20. The Message was an attempt to collect the Account.

21. Through the Message, TrueAccord disclosed to a third party—Plaintiff's fiancé—that Plaintiff owed a debt.

22. Defendant violated the Act, 15 U.S.C. § 1692c(b), which restricts communication with third parties.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

            Respectfully Submitted,

            Brett M. Freeman
            Bar Number PA 308834
            Attorney for Plaintiff
            Sabatini Freeman, LLC
            216 N. Blakely St.

Dunmore, PA 18512
Phone (570) 341-9000

### Certification of Compliance

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

_____
Brett M. Freeman

### Verification by Plaintiff Justine Moore

I affirm that the averments of fact contained in this pleading are true upon my personal knowledge or information and belief.

_____
Justine Moore

4

# Signature Certificate

Document Ref.: HTABC-HE9Z8-KUASO-BXGVH

Document signed by:



**Brett Freeman**
Verified E-mail:
brett@bankruptcypa.com

107.77.241.50   26 Mar 2021 13:12:55 UTC





**Justine Moore**
Verified E-mail:
neenx45@gmail.com

107.77.203.187   26 Mar 2021 13:41:39 UTC



Document completed by all parties on:
**26 Mar 2021 13:41:39 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.





```
U.S. POSTAGE PAID
FCM LG ENV
CHINCHILLA, PA
18410
APR 12, 21
AMOUNT
$8.05
R2304P118875-03
```

7020 2450 0002 3082 6096

Sabatini Freeman, LLC
216 N. Blakely Street
Dunmore, PA 18512

TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 66219

CERTIFIED MAIL®
UNITED STATES POSTAL SERVICE®
FOR USE ONLY WITH IMpb SHIPPING LABEL
Label 3800-N, January 2014    PSN 7690-17-000-0906

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TrueAccord Corp.
   16011 College Blvd., Suite 130
   Lenexa, KS 66219

9590 9402 5561 9249 7891 71

2. Article Number (Transfer from service label)

   7020 2450 0002 3082 6096

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS